UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

FILED
APR 04 2011
Clerk, U.S. District and
Bankruptcy Courts

IN RE
JANETTE YEAP            : Chapter 13 Case No. 10-00955
    Debtor

**TRUSTEE'S REPORT OF UNCLAIMED FUNDS PURSUANT TO
11 U.S.C. §347(a) AND BANKRUPTCY RULE 3011**

Comes now Cynthia A. Niklas, Esquire, Chapter 13 Trustee, and pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3011, reports that a stop pay order has been entered on the following check(s) remaining unpaid over ninety (90) days after final distribution:

Janette Yeap                            check #324696
3531 39th Street #A 499                 amount $5,424.00
Washington, DC  20016

The Trustee accordingly requests that check #326031 in the amount of $5,424.00, payable to the Clerk, U.S. Bankruptcy Court representing said unclaimed funds be deposited into the Registry of the Court and disposed of under 28 U.S.C. §129.

/s/ Cynthia A. Niklas, Esq.
Cynthia A. Niklas #193367
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC 20016-4623

ATTORNEY AT LAW
CYNTHIA A. NIKLAS
CHAPTER 13 TRUSTEE
DISTRICT OF COLUMBIA

SUITE 211
4545 FORTY-SECOND ST, NW
WASHINGTON, DC
20016-4623
(202) 362-8500
FAX (202) 362-3487

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2011, a copy of the foregoing Report of Unclaimed Funds was mailed, postage prepaid, to said payee at the above-stated address and to:

Lawrence J. Anderson
4833 Rugby Avenue 4th FL
Bethesda, MD  20814

/s/ Cynthia A. Niklas, Esq.
Cynthia A. Niklas